

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:13 CR 35 |
| | ) | |
| v. | ) | 18 U.S.C. § 641 |
| | ) | |
| LYNN MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

From in or about September 1999 through in or about August 2011, within the Eastern District of Virginia and the jurisdiction of this Court, the defendant, LYNN MOORE, willfully and knowingly did embezzle, steal, purloin and knowingly convert to her own use or the use of another, and without lawful authority, sell, convey, and dispose of any money or thing of value of the Social Security Administration, an agency of the United States, said property having a value of more than one thousand dollars, to wit: Social Security benefits for her children in the amount of $62,287.00.

(In violation of Title 18, United States Code, Section 641)

**Forfeiture Allegation**

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that, upon conviction of the offense outlined in Count One, she shall forfeit to the United States her interest in any property, real or personal, that constitutes or is derived, directly or indirectly, from proceeds traceable to the commission of said violation. If property subject to forfeiture cannot be

located, the United States will seek an order forfeiting substitute assets.

Property subject to forfeiture includes, but is not limited to, the following:

**The sum of at least $62,287.00, representing the proceeds of the offense charged to be offset by the forfeiture of any specific property, constituting substitute assets for the proceeds.**

(In accordance with Title 18, United States Code, Section 981(a)(1)(C), as incorporated by 28 U.S.C. § 2461(c).)

>NEIL H. MACBRIDE
>UNITED STATES ATTORNEY
>
>By: *[signature]*
>Jamie L. Mickelson
>Assistant United States Attorney